UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID EMIL HARABIN

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

vs.

DAVID EMIL HARABIN

CASE NO: 5-22-00248-MJC

Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

AND NOW, on February 24, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Agatha R. McHale, Esquire, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case with prejudice.

1. A Petition under Chapter 13 was filed on February 10, 2022.

2. The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

- **A COMPLETE LIST OF CREDITORS**

3. In addition to the petition filed in this case, debtor(s) filed petitions docketed to the following cases:

   Case Number: 5-20-00452-RNO
   Counsel: PRO SE
   Filing Date: 02/07/20          Date Dismissed: 03/04/20
   Total Payments: $0.00          Chapter: 13
   Result: Dismissed for failure to file a complete list of creditors

   Case Number: 5-19-03347-RNO
   Counsel: PRO SE
   Filing Date: 08/02/19          Date Dismissed: 08/23/19
   Total Payments: $0.00          Chapter: 13
   Result: Dismissed for failure to file a complete list of creditors

   Case Number: 5-18-04231-JJT
   Counsel: PRO SE
   Filing Date: 10/05/18          Date Dismissed: 11/26/18
   Total Payments: $0.00          Chapter: 13
   Result: Dismissed for failure to file information

Movant believes and avers that, under the totality of the circumstances, debtor(s) demonstrated substantial

abuse and a lack of good faith in the filing of three (3) prior Chapter 13 petitions within a four (4) year period that this Court dismissed prior to completion and filed the current petition thereafter.

Notice of conference, and/or hearing and other instructions are included with this Motion to Dismiss with Prejudice.

WHEREFORE, Movant requests this Honorable Court to:
1. Enter an Order dismissing the above-captioned case and,

2. Dismiss this case with prejudice with regard to debtor(s) filing a subsequent petition under the Bankruptcy Code in this district without prior leave of this Court for a period of 365 days from the entry of this dismissal.

                                                 Respectfully submitted,

                                                 /s/ Agatha R. McHale, Esquire
                                                 Id:  47613
                                                 Attorney for Trustee
                                                 Jack N. Zaharopoulos
                                                 Standing Chapter 13 Trustee
                                                 8125 Adams Drive, Suite A
                                                 Hummelstown, PA   17036
                                                 Phone:   (717) 566-6097
                                                 email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    DAVID EMIL HARABIN            CHAPTER 13

               Debtor(s)

JACK N. ZAHAROPOULOS            CASE NO: 5-22-00248-MJC
CHAPTER 13 TRUSTEE
             Movant                     MOTION TO DISMISS WITH PREJUDICE

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss with Prejudice for failure to file:

## A COMPLETE LIST OF CREDITORS

The debtor(s) filed a Chapter13 Bankruptcy Petition on February 10, 2022.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

     U.S. Bankruptcy Court            Date:    March 29, 2022
     Max Rosenn U.S. Courthouse    Time:    09:30 AM
     197 S. Main Street
     Wilkes Barre, PA

Objections/responses are due on or before March 10, 2022. The hearing as scheduled will be held regardless of any objections or responses having been filed.

                                    Jack N. Zaharopoulos, Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA    17036
                                    Phone:   (717) 566-6097
                                    email: info@pamd13trustee.com

Dated:    February 24, 2022

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DAVID EMIL HARABIN | CHAPTER 13 |
| Debtor(s) | |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE | CASE NO: 5-22-00248-MJC |
| Movant | MOTION TO DISMISS WITH PREJUDICE |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 24, 2022, I served a copy of this Motion to Dismiss with Prejudice, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

SERVED ELECTRONICALLY

DAVID EMIL HARABIN
648 NORTH STREET
HAZLE TOWNSHIP, PA   18202

SERVED BY 1ST CLASS MAIL

Respectfully submitted,

/s/  Vickie Williams
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID EMIL HARABIN

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-22-00248-MJC

vs.

DAVID EMIL HARABIN

Respondent(s)

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 365 days from the date of this order without prior court order.