United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 22-00248-MJC

David Emil Harabin                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                        User: AutoDocke                          Page 1 of 1

Date Rcvd: Mar 30, 2022                     Form ID: pdf010                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

**Recip ID              Recipient Name and Address**
db                 +   David Emil Harabin, 648 North Street, Hazle Township, PA 18202-3613

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor BANK OF AMERICA N.A bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | |
| | TWecf@pamd13trustee.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAVID EMIL HARABIN, | : | |
| Debtor(s) | : | CASE NO: 5-22-00248-MJC |
| | : | |
| JACK N. | : | |
| ZAHAROPOULOS | : | MOTION TO DISMISS WITH |
| CHAPTER 13 TRUSTEE | : | PREJUDICE |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| DAVID EMIL HARABIN, | : | |
| Respondent(s) | : | |

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice, Dkt. # 10 ("Motion"), and after a hearing held on March 29, 2022, it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned bankruptcy be and hereby is **DISMISSED WITH PREJUDICE**, and it is further

**ORDERED** that Debtor is hereby **BARRED** from filing another bankruptcy case in this district for a period of 365 days from the date of this order without prior court order.

By the Court,

_____

Mark J. Conway, Bankruptcy Judge
Dated: March 29, 2022